**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00011-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| BYRON TRENT DAVIS, | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 petition (#45) on or before February 17, 2015.

IT IS SO ORDERED.

DATED: This 18th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE