**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:13-cr-00011-HDM-WGC |
| )   Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| BYRON TRENT DAVIS, ) | |
| )   Defendant. ) | |
| _____ ) | |

 On December 12, 2012, defendant filed a motion to represent himself in connection with his 28 U.S.C. § 2255 petition and to discharge his counsel Mary Boetsch (#44). Because Mary Boetsch has been discharged as attorney of record, the motion is DENIED AS MOOT.

 IT IS SO ORDERED.

 DATED: This 19th day of December, 2014.

 _____
 UNITED STATES DISTRICT JUDGE