# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00011-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BYRON TRENT DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

The government's application for an order deeming the attorney-client privilege waived and for a revised briefing schedule (#57) is **GRANTED**. The attorney-client privilege between defendant and former counsel Mary Boetsch is waived for the purposes of proceeding as to all contentions raised in defendant's motion. Ms. Boetsch shall provide the government with an affidavit or declaration, as well as any relevant materials and information, addressing the allegations and matters raised in defendant's motion on or before February 20, 2015. The government shall thereafter file its response to the defendant's motion on or before March 20, 2015.

IT IS SO ORDERED.

DATED: This 20th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE