UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00011-HDM-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BYRON TRENT DAVIS, | |
| Defendant. | |

The defendant has filed a motion for early termination of supervised release (ECF No. 108). If the government and/or Probation Office has any objection, such objection shall be filed on or before September 4, 2024. In the event no objection is timely filed, the court will conclude that the government and/or Probation Office have no objection to the defendant's request for early termination of supervised release.

IT IS SO ORDERED.

DATED: This 21st day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE